**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 300 MAL 2018
            : 
          Petitioner      : 
            :    Petition for Allowance of Appeal from
            :    the Order of the Superior Court
        v.          : 
            : 
            : 
SEAN MICHAEL EYRICH,       : 
            : 
          Respondent     : 

**ORDER**

**PER CURIAM**

     **AND NOW**, this 11th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.